# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00498-CV

**Greg Abbott, in his Official Capacity as the Governor of Texas; and Ruth Hughs, in her Official Capacity as Texas Secretary of State, Appellants**

**v.**

**The Anti-Defamation League Austin, Southwest, and Texoma Regions; Common Cause Texas; and Robert Knetsch, Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-005550, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## **O R D E R**

**PER CURIAM**

The mandate in this cause issued by this Court on October 23, 2020, is hereby withdrawn.

It is so ordered October 29, 2020.

Before Justices Goodwin, Kelly, and Smith